**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON B. GOODMAN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL HOLDINGS, INC., JAMES ALEXANDER CHRISS, JAMIE S. MILLER, FRANK KELLER, and DIEGO SCOTTI, <br><br> Defendants. | Case No.: 5:26-cv-01381-NW <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)** <br><br> Date:　　　　N/A <br> Time:　　　　N/A <br> Courtroom:　3-5th Floor <br> Judge:　　　Hon. Noel Wise |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Aaron B. Goodman, and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under F.R.C.P. 41(a)(1)(A)(i) is therefore appropriate.

*[Signature on Following Page]*

---

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)

Dated: March 5, 2026                    Respectfully submitted,

                                        **LEVI & KORSINSKY, LLP**


                                        */s/ Adam M. Apton*
                                        Adam M. Apton (SBN 316506)
                                        1160 Battery Street East, Suite 100
                                        San Francisco, CA 94111
                                        Tel: (415) 373-1671
                                        Email: aapton@zlk.com

                                        *Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I)